January 15, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

SONDRA JACKSON, Appellant

NO. 14-13-01044-CV                    V.

ERIK DEAN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Erik Dean, signed, November 1, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Sondra Jackson, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.